

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-90,519-02

### EX PARTE WILLIAM BAUCUM, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 16F0100-202-B IN THE 202ND DISTRICT COURT
### FROM BOWIE COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of four counts of aggravated sexual assault and sentenced to concurrent terms of thirty years' imprisonment. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his guilty pleas were involuntary, that trial counsel provided ineffective assistance, and that he was denied due process. The habeas record contains a response from trial counsel, but there are no credibility determinations from the trial court or trial court findings resolving the disputed factual issues.

Applicant has alleged facts that, if true, might entitle him to relief. Accordingly, the record should be developed. The trial court is the appropriate forum for findings of fact. TEX. CODE CRIM. PROC. art. 11.07, § 3(d). In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). The trial court shall make credibility determinations and shall make findings of fact and conclusions of law as to Applicant's habeas claims. The trial court may make any other findings and conclusions that it deems appropriate.

The trial court shall make its credibility determinations and findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: March 11, 2020
Do not publish